IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
98 MAR 11 PM 1:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAR 11 1998

| | | |
|---|---|---|
| JIMMY SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 97-C-0850-S |
| | ) | |
| OFFICER WALTER MEYERS, | ) | |
| OFFICER GLENN MARTIN, | ) | |
| and OFFICER BRUMLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 12, 1998, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on March 3, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 11th day of March, 1998.

*U. W. Clemon*
U. W. CLEMON
UNITED STATES DISTRICT JUDGE